No. 91–1917. EDGMON ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–1948. URABAZO *v.* UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied.

No. 91–1956. LEQUIRE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–6344. BULLARD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–6373. MING HOI WONG *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–6712. JONES *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 91–6785. WELLS *v.* VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION (AND DIAGNOSTIC AND CLASSIFICATION CENTER) AT GRATERFORD. C. A. 3d Cir. Certiorari denied.

No. 91–6822. DEEB *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 91–7351. TORO *v.* FAIRMAN, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–7572. MCDANIEL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–7727. BEDOYA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–7783. VADEN *v.* LUJAN, SECRETARY OF THE INTERIOR. C. A. 9th Cir. Certiorari denied.

No. 91–7854. MCGOUGH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–7881. MCNEAL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–7901. VONTSTEEN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.